Opinion filed July 8, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00068-CV 

                                                    __________

 

                                     RANDY
MULKEY, Appellant

 

                                                             V.

 

                       IGNACIO
DE LOS SANTOS ET AL, Appellees



 

                                   On
Appeal from the 70th District Court

 

                                                             Ector
County, Texas

 

                                                  Trial
Court Cause No. A-122,838

 



 

M
E M O R A N D U M      O P I N I O N

            Randy
Mulkey has filed in this court a motion to dismiss his appeal.  In his motion,
Mulkey states that the parties have resolved their differences.  The motion is
granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

July 8, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.